600

435 A.2d 642

Commonwealth v. Blair, Appellant.
Petition for Allowance of Appeal Denied Sept. 29, 1981.

Argued November 11, 1980. Gary F. Selway, for appellant; Gregory A. Olson, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

435 A.2d 643

Commonwealth v. Davis, Appellant.
Petition for Allowance of Appeal Denied Sept. 23, 1981.

Argued January 26, 1981. Lawrence S. Rosenwald, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence, dated April 9, 1979 is affirmed.

CAVANAUGH, J., concurred in the result.